Certificate Number: 05781-CAN-DE-041677976

Bankruptcy Case Number: 26-42025

05781-CAN-DE-041677976

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2026, at 9:54 o'clock PM PST, Mike Kinnavy completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: November 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President